IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | ) | |
| | ) | C.A. NO. 06-552 JJF |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CITY OF WILMINGTON | ) | |
| DEPARTMENT OF POLICE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF SERVICE

I, Lori A. Brewington, the undersigned counsel for Plaintiff in the above-

captioned case, hereby certify that two (2) true and correct copies of the foregoing

*Plaintiff's Rule 26(a)(1) Initial Disclosures* were sent via U. S Mail postage pre-paid on

January 10, 2007 to the following:

Alex Mili
Assistant City Solicitor
City of Wilmington
City/County Building
800 North French Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: January 10, 2007

7