IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-552 JJF |
| v. | : |
| | : TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 16th day of January, 2007, I filed the Defendants' Disclosures Pursuant to Federal Rule of Civil Procedure 26 with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

>Jeffrey K. Martin, Esquire
>Lori A. Brewington, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>/s/ Alex J. Mili, Jr.
>Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
>Assistant City Solicitor
>City of Wilmington Law Department
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>(302) 576-2175
>Attorney for Defendants