IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | ) |
| | ) C.A. NO. 06-552 JJF |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| CITY OF WILMINGTON | ) |
| DEPARTMENT OF POLICE, | ) |
| | ) |

CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on March 19, 2007, I electronically filed *Plaintiff's First Request for Admissions* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Alex Mili
Assistant City Solicitor
City of Wilmington
City/County Building
800 North French Street
Wilmington, DE 19801

                                                             MARGOLIS EDELSTEIN

                                                             /s/ Lori A. Brewington
                                                             Jeffrey K. Martin, Esquire (#2407)
                                                             Lori A. Brewington, Esquire (#4522)
                                                             1509 Gilpin Avenue
                                                             Wilmington, DE 19806
                                                             (302) 777-4680
                                                             (302) 777-4682 facsimile
                                                             jmartin@margolisedelstein.com
                                                             lbrewington@margolisedelstein.com
                                                             Attorneys for Plaintiff William P. Babby