IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-552 JJF |
| v. | : |
| | : TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr, Esquire, hereby certify that on this 2nd day of April, 2007, a copy of the Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's Request for Production Directed to Plaintiff was served via U.S. Mail, postage prepaid to the following listed below with notice of said filing made to the Clerk of Court using CM/ECF:

Jeffrey K. Martin, Esquire
Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant