IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILLIAM P. BABBY, III,** ) | |
| ) | C.A. NO. 06-552 JJF |
| **Plaintiff,** ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| **CITY OF WILMINGTON** ) | |
| **DEPARTMENT OF POLICE,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, do hereby certify that on this 3rd day of May, 2007, I served Defendant's Answer to Plaintiff's First Request for Admissions Directed to Defendant, Defendant's Answer to Plaintiff's First Set of Interrogatories Directed to Defendant and Defendant's Response to Plaintiff's Request for Production on the below listed individual with notice of said filing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following :

        Jeffrey K. Martin, Esquire
        Martin & Wilson
        1509 Gilpin Avenue
        Wilmington, DE 19806

          /s/ Alex J. Mili, Jr. Esquire
        Alex J. Mili, Jr., Esquire (#4125)
        City of Wilmington Law Department
        Louis L. Redding City/County Bldg.
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        Attorneys for Defendant