IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III,        : | |
| :                              | |
| Plaintiff,       : | |
| :                              | C.A. No. 06-552 JJF |
| v.                             : | TRIAL BY JURY DEMANDED |
| :                              | |
| CITY OF WILMINGTON             : | |
| DEPARTMENT OF POLICE,          : | |
| :                              | |
| Defendants.      : | |

## NOTICE OF DEPOSITION

TO:  Jeffrey K. Martin, Esquire
   Martin & Wilson
   1509 Gilpin Avenue
   Wilmington, DE 19806

   PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Plaintiff William P. Babby, III, on Wednesday, May 30, 2007 at 10:00 a.m. The deposition will take place in the City Solicitor's office located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, DE.

                    CITY OF WILMINGTON LAW DEPARTMENT


                     /s/Alex J. Mili, Jr.
                    Alex J. Mili, Jr., Esquire (I.D. #4125)
                    Assistant City Solicitor
                    Louis L. Redding City/County Building
                    800 N. French Street, 9th Floor
                    Wilmington, DE 19801
                    (302) 576-2175
                    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-552 JJF |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| CITY OF WILMINGTON | : | |
| DEPARTMENT OF POLICE, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 8th day of May, 2007, I electronically filed a Notice of Deposition for William Babby, III with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>Jeffrey K. Martin, Esquire
>Martin & Wilson
>1509 Gilpin Avenue
>Wilmington, DE 19806

CITY OF WILMINGTON LAW DEPARTMENT

 /s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant

cc:   Wilcox & Fetzer