# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 06-552 JJF |
| v. : | |
| : | TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON : | |
| DEPARTMENT OF POLICE, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr, Esquire, hereby certify that on this 10th day of May, 2007, a copy of the Defendant's Supplemental Answer to Plaintiff's First Set of Interrogatories Directed to Defendant and Defendants Supplemental Response to Plaintiff's Request for Production Directed to Defendant was served via U.S. Mail, postage prepaid to the following listed below with notice of said filing made to the Clerk of Court using CM/ECF:

Jeffrey K. Martin, Esquire
Martin & Wilson
1509 Gilpin Avenue
Wilmington, DE 19806

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant