IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.  06-552 JJF |
| v. | : | |
| | : | TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON | : | |
| DEPARTMENT OF POLICE, | : | |
| | : | |
| Defendant. | : | |

**<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

For the reasons stated in the accompanying Opening Brief in Support of Defendant's Motion for Summary Judgment, and there being no disputed issues of any material facts, Defendant, City of Wilmington Department of Police ("WPD"), hereby moves this Honorable Court to issue an Order granting summary judgment on all three counts of the Complaint, based on the following three grounds:

1. The WPD is entitled to judgment as a matter of law on the retaliation claim set forth in Counts I and II because (1) Babby has not identified any adverse employment action that would establish retaliation, (2) Babby has not established a causal nexus between his protected activity and the allegedly adverse action, and (3) Babby cannot rebut the WPD's non-retaliatory reasons for the personnel decisions that he perceives as retaliatory.

2. The WPD is entitled to judgment as a matter of law on the claim of breach of the implied covenant of good faith and fair dealing set forth in Count III, because it is preempted by the exclusivity provision of the Delaware Discrimination in Employment Act ("DDEA").

3. The entire Complaint must be dismissed because the WPD is not a juridical entity that has the capacity to be sued under Rule 17(b).

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting summary judgment for all three counts of the Complaint.

    /s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

DATE: September 28, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.  06-552 JJF |
| v. | : | |
| | : | TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON | : | |
| DEPARTMENT OF POLICE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

_____This _____ day of _____, 2007, the Court having considered Defendant's Motion for Summary Judgment, and any opposition thereto,

It is HEREBY ORDERED that Defendant's Motion is hereby GRANTED and Plaintiffs' Complaint is hereby dismissed.

_____    _____
_____            **J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-552 JJF |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 28th day of September, 2007, I electronically filed Defendant's Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>Jeffrey K. Martin, Esquire
>Martin & Wilson
>1509 Gilpin Avenue
>Wilmington, DE 19806

>CITY OF WILMINGTON LAW DEPARTMENT

>/s/ Alex J. Mili, Jr.
>Alex J. Mili, Jr., Esquire (I.D. #4125)
>Senior Assistant City Solicitor
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>(302) 576-2175
>Attorney for Defendant