IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : C.A. NO.: 06-552 JJF |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that LORI A. BREWINGTON hereby withdraws her appearance as counsel for the Plaintiff in the above-captioned matter, and that JEFFREY K. MARTIN hereby enters his appearance on behalf of the Plaintiff in the above matter.

**RICHARD, LAYTON & FINGER, P.A.**          **MARTIN & WILSON, P.A.**

/s/   Lori A. Brewington

_____          _____
**LORI A. BREWINGTON**                    **JEFFREY K. MARTIN**
One Rodney Square                         1508 Pennsylvania Avenue
920 North King Street                     Wilmington, DE  19806
Wilmington, DE  19801


DATED:   October 1, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | ) |
| | ) C.A. NO. 06-552 JJF |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| CITY OF WILMINGTON | ) |
| DEPARTMENT OF POLICE, | ) |
| | ) |
| Defendant | ) |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on October 1, 2007, I electronically filed *Substitution of Counsel* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Alex Mili
Assistant City Solicitor
City of Wilmington
City/County Building
800 North French Street
Wilmington, DE 19801

MARTIN & WILSON, P.A.

*/s/ Jeffrey K. Martin*

Jeffrey K. Martin, Esquire (#2407)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

16