IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III | : |
| | : C.A. NO.: 06-552 JJF |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | : |
| | : |
| Defendant. | : |

## STIPULATION

IT IS HEREBY STIPULATED by the parties in the above action that the deadline for the Plaintiff's Answering Brief to the Defendant's Motion for Summary Judgment be extended to November 2, 2007.

| | |
|---|---|
| **MARTIN & WILSON, P.A.** | **CITY OF WILMINGTON LAW DEPARTMENT** |
| /s/ *Jeffrey K. Martin* | /s/ *Alex J. Mili, Jr.* |
| JEFFREY K. MARTIN, ESQUIRE | ALEX J. MILI, JR., ESQUIRE |
| DE Bar I.D. No.: 2407 | DE Bar I.D. No.: 4125 |
| 1508 Pennsylvania Ave | 800 N French St |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| (302) 777-4681 | (302) 576-2175 |
| jmartin@martinandwilson.com | amili@ci.wilmington.de.us |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

SO ORDERED.

_____
J.