## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

WILLIAM P. BABBY, III                    :
                                         :       C.A. NO.:  06-522 JJF
        Plaintiff,                       :
                                         :
    v.                                   :
                                         :
CITY OF WILMINGTON                       :
DEPARTMENT OF POLICE,                    :
                                         :
        Defendant.                       :

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, through his undersigned counsel, respectfully opposes Defendants' Motion for

Summary Judgment in the above-captioned case.  The grounds for his opposition are set forth in

Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment, which

is filed separately.

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN, ESQ. (# 2407)
TIMOTHY J. WILSON, ESQ. (#4323)
1508 Pennsylvania Avenue
Wilmington, DE  19806
(302) 777-4681
jmartin@martinandwilson.com
twilson@martinandwilson.com
*Attorneys for Plaintiff*

Dated:  November 2, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

WILLIAM P. BABBY, III                      :
                                           :        C.A. NO.:  06-522 JJF
            Plaintiff,                     :
                                           :
      v.                                   :
                                           :
CITY OF WILMINGTON                         :
DEPARTMENT OF POLICE,                      :
                                           :
            Defendant.                     :

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on this 2nd day of November, 2007, a true and

correct copy of the attached Plaintiff's Opposition to Defendants' Motion for Summary

Judgment was filed via CM/ECF and copied to:

> Alex J. Mili, Jr., Esquire
> City of Wilmington Law Department
> City/County Building 9th Floor
> 800 N French St
> Wilmington, DE 19801

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN, ESQ. (# 2407)
TIMOTHY J. WILSON, ESQ. (#4323)
1508 Pennsylvania Avenue
Wilmington, DE  19806
(302) 777-4681
jmartin@martinandwilson.com
twilson@martinandwilson.com
*Attorneys for Plaintiff*

Dated:  November 2, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM P. BABBY, III | : | |
| | : | C.A. NO.:  06-522 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF WILMINGTON | : | |
| DEPARTMENT OF POLICE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the Defendants' Motion for Summary Judgment and Plaintiff's

Opposition thereto, this _____day of _____, 2007, it is hereby,

ORDERED, that Defendants' Motion for Summary Judgment is DENIED.

_____

J.