IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-552 JJF |
| v. | : | |
| | : | TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | : | |
| | : | |
| Defendant. | : | |

**APPENDIX TO DEFENDANT'S REPLY BRIEF IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant City of Wilmington Police Departme

Letter to Jeffrey K. Martin from Alex J. Mili, Jr., dated May 3, 2007 .................... C-1

E-mail Messages to Jeffrey K. Martin from Alex J. Mili, Jr. ........................... C-2

Defendant's Supplemental Answer to Plaintiff's First Request for Admissions
    Directed to Defendant ................................................... C-4

JAMES M. BAKER
MAYOR


## City of Wilmington
### Delaware



LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
(302) 576-2175

May 3, 2007

<u>Hand Delivery</u>
Jeffrey K. Martin, Esquire
Martin & Wilson
1509 Gilpin Avenue
Wilmington, DE 19801

    RE:    *William P. Babby, III v. Wilmington Police Department*
            C.A. No. 06-552 JJF

Dear Jeff:

    Enclosed are Defendant's responses to Requests for Admissions, Interrogatories and Requests for Production.

    Regarding Defendant's response to Request for Admission #23, I am unable to answer it at this time because Sgt. Morrissey has been on night shift. I will supplement the response on Monday, May 7, 2007, at which time Sgt. Morrissey will return to day shift. The omission of a response to #23 at this time is not an admission to the statement contained therein.

    With regard to Interrogatory #29, I am in the process of obtaining the names of the officers for the Criminal Investigation Division and Evidence Detection Unit who were selected instead of Cpl. Babby. I am leaving blanks for those names, and will forward those names to you either tomorrow or Monday.

    Thank you for your patience and please accept my apologies for any inconvenience this delay may cause.

                                                   Sincerely,

                                                   Alex J. Mili, Jr.
                                                   Senior Assistant City Solicitor

Enclosures

C-1

# Alex Mili

**From:** Alex Mili
**Sent:** Wednesday, October 31, 2007 10:01
**To:** 'Jeffrey Martin'
**Subject:** RE: Babby

I'll have to file for leave to amend a pleading, before amending the response to #35. I can do that if you want me to, but it seems to me that you simply need an admission for the record, whether in the form of a pleading or a discovery response. I have no problem doing a motion for leave and then a subsequent amendment, but thought it was be less paperwork for the docket to simply amend the discovery response while still giving you the answer you're seeking.

Alex

> -----Original Message-----
> **From:** Jeffrey Martin [mailto:jmartin@martinandwilson.com]
> **Sent:** Wednesday, October 31, 2007 9:52 AM
> **To:** Alex Mili
> **Subject:** RE: Babby
>
> Alex,
>
> Thanks for the amended discovery. By your admission, I am assuming that you admit to averment 35 of the Complaint in your Answer. Please file an Amended Answer as soon as possible. We will need to reference that response in our Answering Brief.
>
> Jeff
>
> ---
>
> **From:** Alex Mili [mailto:amili@ci.wilmington.de.us]
> **Sent:** Monday, October 29, 2007 4:34 PM
> **To:** Jeffrey Martin
> **Subject:** RE: Babby
>
> I stand correct. It was RFA #29, not #23. I will supplement and file.
>
> > -----Original Message-----
> > **From:** Alex Mili
> > **Sent:** Monday, October 29, 2007 9:18 AM
> > **To:** 'Jeffrey Martin'
> > **Subject:** RE: Babby
> >
> > It looks like Sgt. Morrisey recalls the comment, but Lt. Rock does not. I believe request for admission #23 addresses this allegation. I will supplement the RFA response to #23 admitting to that allegation in Paragraph 35 of the Complaint.

C-2

11/15/2007

-----Original Message-----
**From:** Jeffrey Martin [mailto:jmartin@martinandwilson.com]
**Sent:** Friday, October 26, 2007 4:56 PM
**To:** Alex Mili
**Subject:** Babby

Alex-

Thank for your courtesy in allowing a 4-day extension for our Answering Brief. We will file the Stipulation this pm.

Please give me a call to discuss your answer to para 35 of the Complaint. I have reason to believe that it is in error and would like to discuss this with you.

Jeff

This City of Wilmington e-mail, including any attachments, may contain information that is privileged, confidential and exempt from applicable law. This e-mail is intended to be reviewed by only the individual(s), or organization(s) to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication, including any attachments, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system. Thank You.

C-3

11/15/2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | ) | |
| | ) | C.A. NO. 06-552 JJF |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CITY OF WILMINGTON | ) | |
| DEPARTMENT OF POLICE, | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT'S SUPPLEMENTAL ANSWER TO PLAINTIFF'S**
**FIRST REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANT**

23. In October of 2001, Lieutenant Rock told Sergeant Morrissey that he should watch out for Plaintiff because Plaintiff is a "no good piece of shit."

**ANSWER:** Admitted.

_____
Alex J. Mili, Jr., Esquire (#4125)
City of Wilmington Law Department
Louis L. Redding City/County Bldg.
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorneys for Defendant

Dated: October 30, 2007

C-4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM P. BABBY, III, :
:
    Plaintiff, :
:
                                       C.A. No. 06-552 JJF
v. : TRIAL BY JURY DEMANDED
:
CITY OF WILMINGTON :
DEPARTMENT OF POLICE, :
:
    Defendants. :

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 30th day of October, 2007, a copy of the Defendant's Supplemental Answer to Plaintiff's First Request for Admissions Directed to Defendant was served via U.S. Mail, postage prepaid to the following listed below with notice of said filing made to the Clerk of Court using CM/ECF:

        Jeffrey K. Martin, Esquire
        Martin & Wilson
        1508 Pennsylvania Avenue
        Wilmington, DE 19806

        CITY OF WILMINGTON LAW DEPARTMENT

        /s/ Alex J. Mili, Jr.
        Alex J. Mili, Jr., Esquire (I.D. #4125)
        Senior Assistant City Solicitor
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendant

C-5

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-552 JJF |
| | : TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 16th day of November, 2007, I electronically filed the Appendix to Defendant's Reply Brief in Support of its Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

> Jeffrey K. Martin, Esquire
> Martin & Wilson
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant