IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM B BABBY, III,                :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :   Civil Action No. 06-552-JJF
                                     :
CITY OF WILMINGTON POLICE            :
DEPARTMENT,                          :
                                     :
        Defendant.                   :

## O R D E R

WHEREAS, the Court held a pretrial conference in this matter on December 6, 2007;

WHEREAS, the Parties agreed to have this matter referred to the Magistrate Judge for mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Stark for the purposes of exploring the possibility of a settlement.

December 6, 2007                                _____
        DATE                                    UNITED STATES DISTRICT JUDGE