IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM B BABBY, III, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-552-JJF |
| | : |
| CITY OF WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

## O R D E R

WHEREAS, on September 28, 2007, Defendant filed a Motion For Summary Judgment (D.I. 21);

WHEREAS, on November 16, 2007, briefing was completed on Defendant's Motion for Summary Judgment;

WHEREAS, the Court finds that genuine issues of material fact exist as to Plaintiff's claim that Defendant violated the anti-retaliation provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, such that summary judgment under Rule 56(c) of the Federal Rules of Civil Procedure is inappropriate.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 21) is **DENIED**.

December 7, 2007
DATE

UNITED STATES DISTRICT JUDGE