IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM B BABBY, III,                    :
                                         :
        Plaintiff,                       :
                                         :
    v.                                   : Civil Action No. 06-552-JJF
                                         :
CITY OF WILMINGTON POLICE                :
DEPARTMENT,                              :
                                         :
        Defendant.                       :

### ORDER

WHEREAS, the Court held a pretrial conference in this matter on December 6, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  A second pretrial conference shall be held on **February 6, 2008 at 9:30 a.m.**

2.  A jury trial shall commence on **March 17, 2008 at 9:30 a.m.** in Courtroom No. 4B, Boggs Federal Building, Wilmington, Delaware.

December 7, 2007

_____
UNITED STATES DISTRICT JUDGE