IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-552 JJF |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendant. | : |

**SUBSTITUTION OF COUNSEL**

TO:   Clerk of Court
      United States District Court for the District of Delaware
      844 N. King Street
      Wilmington, DE 19801

   Please substitute the appearance of Gary W. Lipkin, Esquire as attorney for the Defendant, City of Wilmington Department of Police and withdraw the appearance of Alex J. Mili, Jr., Esquire as attorney for Defendant, City of Wilmington Department of Police.


_____          _____
Gary W. Lipkin, Esquire (I.D. # 4044)     Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor                   Senior Assistant City Solicitor
City of Wilmington Law Department          City of Wilmington Law Department
800 French Street, 9th Floor               800 French Street, 9th Floor
Wilmington, DE 19801                       Wilmington, DE 19801


Dated: 1/29/08                             Dated: 1/29/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-552 JJF |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 31st day of January, 2008, I electronically filed the Defendant's Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

> Jeffrey K. Martin, Esquire
> Martin & Wilson
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

CITY OF WILMINGTON LAW DEPARTMENT

_/s/ Alex J. Mili_
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant