

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

Email: jmartin@martinandwilson.com

February 4, 2008

The Honorable Judge Joseph J. Farnan
U.S. District Court
844 North King Street
Wilmington, DE 19801

      RE:    **BABBY v. CITY OF WILMINGTON**
              **C.A. NO.: 06-552 JJF**

Dear Judge Farnan:

      In accordance with the Court's direction at the time of the first Pretrial Conference on December 6, 2007, I write to advise the Court that Plaintiff's claim for economic damages is solely for back wages (or back pay) rather than for any economic damages in the future. Accordingly, Plaintiff will proceed to trial without an economic expert.

      I spoke with the City's attorney, Alex Mili about this issue and we agreed that Plaintiff may present this evidence without the benefit of an expert. Unfortunately, Mr. Mili has left the City to assume a position at the Register of Wills Office and he has been succeeded by Gary W. Lipkin, Esquire. I believe that Mr. Lipkin is in agreement with the fact that no economic expert need be called at trial.

      Respectfully yours,

      JEFFREY K. MARTIN

cc:    Gary W. Lipkin, Esquire