# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILLIAM P. BABBY, III,** ) | |
| ) | C.A. NO. 06-552 JJF |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| **CITY OF WILMINGTON** ) | |
| **DEPARTMENT OF POLICE,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT CITY OF WILMINGTON DEPARTMENT OF POLICE'S MOTION FOR A CONTINUANCE OF THE TRIAL DATE

Defendant City of Wilmington Department of Police ("Defendant" or "WPD"), by and through its undersigned attorney, hereby submits the foregoing Motion for a Continuance of the Trial Date and in support thereof, avers as follows:

1. This is an action for retaliation brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, *et seq.*, in which the Plaintiff, William P. Babby, III ("Babby"), alleges that the WPD denied Babby's requests for a transfer because Babby made an internal complaint about a fellow officer's offensive comments about Hispanic people.

2. Senior Assistant City Solicitor, Alex J. Mili, Jr., was solely assigned to handling the WPD's defense of this lawsuit. Mr. Mili has recently resigned his position with the City, effective February 1, 2008. The undersigned counsel, Gary W. Lipkin, has substituted for Mr. Mili and has been assigned the defense of the WPD in this action. Prior to this assignment, the undersigned counsel has had no involvement with this case.

3. A pretrial conference in this matter has been scheduled for February 6, 2008. Mediation is scheduled for February 12, 2008 with Magistrate Judge Leonard P. Stark, and trial is scheduled for March 17, 2008.

4. The undersigned counsel has been informed that there is a reasonable likelihood that his first child will be born during the week that trial is currently scheduled. Inasmuch as the undersigned counsel intends on being with his wife at the time of the birth, and intends on taking paternity leave thereafter, a continuance would be necessary for the undersigned counsel to remain in this case.

WHEREFORE the WPD respectfully requests that the trial be continued until a date agreeable to the Court and counsel.

DATED:   February 5, 2008            **CITY OF WILMINGTON**

/s/ Gary W. Lipkin
Gary W. Lipkin (Bar I.D. No. 4044)
Assistant City Solicitor
City/County Building
800 N. French Street
Wilmington, DE 19801
302.576.2187

Attorney for Defendant City of Wilmington Department of Police

## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, hereby certify that on February 5, 2008, I served the foregoing document on the following counsel of record via e-filing:

Jeffrey K. Martin, Esq.
Martin & Wilson
1508 Pennsylvania Ave.
Wilmington, DE 19806

/s/ Gary W. Lipkin (I.D. No. 4044)

## RULE 7.1.1 STATEMENT

Pursuant to Local District Court Civil Rule 7.1.1, I hereby certify that I have made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in this motion.

/s/ Gary W. Lipkin (Bar I.D. No. 4044)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | ) |
| | )    C.A. NO. 06-552 JJF |
| Plaintiff, | ) |
| | )    JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| CITY OF WILMINGTON | ) |
| DEPARTMENT OF POLICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this _____ day of February, 2008, after considering Defendant's Motion for a Continuance of the Trial Date, and any response thereto, it is hereby ordered that the motion is GRANTED.  The trial will be rescheduled to begin on _____.

_____
The Honorable Joseph J. Farnan, Jr.