IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | ) |
| | ) |
| Plaintiff, | )  C.A. NO. 06-552 JJF |
| | ) |
| v. | )  JURY TRIAL DEMANDED |
| | ) |
| CITY OF WILMINGTON | ) |
| DEPARTMENT OF POLICE, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
CONTINUANCE OF THE TRIAL DATE**

Plaintiff, William P. Babby, III, by and through his counsel, hereby submits this opposition to Defendant's Motion for Continuance of the Trial Date and avers as follows

1. Plaintiff's counsel had its first contact in this matter from Gary Lipkin, Esquire on behalf of the City of Wilmington on Wednesday, January 30, 2008. Lipkin advised that he had recently joined the City of Wilmington Law Department and had not yet had an opportunity to review the instant matter. He called and advised of the prospect of his paternity on or around the time this matter is scheduled for trial on March 17, 2008. Lipkin further advised that he wanted our client's response to his request for a continuance of the trial date indicating that if the trial is not continued, another attorney from his office would need to prepare to try this case for the City of Wilmington.

2. I immediately left a message for my client with regard to the request for a continuance of the trial date. I heard back from Corporal Babby the next day January 31, when he strenuously rejected to a continuance.

3. Upon hearing from my client, I immediately contacted Mr. Lipkin's office and advised that my client opposed his request for a continuance.

4. It was my understanding that upon our objection to the City's request for a continuance that this matter which had not been reviewed by Mr. Lipkin at that time would have been reassigned to one of the other several Assistant City Solicitors.

5. WHEREFORE, in light of the apparent fact that Mr. Lipkin has no familiarity with this case and that there exist several Assistant City Solicitors who are well qualified to be able to represent the City of Wilmington at trial in this matter, Plaintiff respectfully requests that Defendant's Motion for Continuance of Trial Date be denied.

                                                    MARTIN & WILSON, P.A.

                                                   JEFFREY K. MARTIN, ESQUIRE
DE State Bar I.D. No.: 2407
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED:     February 8, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on February 8, 2008, I filed via CM/ECF and served the foregoing Plaintiff's Opposition to Defendant's Motion for a Continuance of the Trial Date to the following attorney of record:

Gary W. Lipkin, Esquire
Assistant City Solicitor
City of Wilmington
City/County Building
800 North French Street
Wilmington, DE 19801

MARTIN & WILSON, P.A.

_____
JEFFREY K. MARTIN, ESQUIRE
DE State Bar I.D. No.: 2407
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED:   February 8, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | ) |
| | ) |
| Plaintiff, | ) C.A. NO. 06-552 JJF |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| CITY OF WILMINGTON | ) |
| DEPARTMENT OF POLICE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this ____ day of February, 2008, after considering Plaintiff's Opposition to Defendant's Motion for a Continuance of the Trial Date, and any response thereto, it is herby ordered that the motion is DENIED. The trial will commence on March 17, 2008.

_____
JUDGE