IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | ) | |
| | ) | C.A. NO. 06-552 JJF |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CITY OF WILMINGTON | ) | |
| DEPARTMENT OF POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CITY OF WILMINGTON DEPARTMENT OF POLICE'S REPLY
IN SUPPORT OF ITS MOTION FOR A CONTINUANCE OF THE TRIAL DATE**

Defendant City of Wilmington Department of Police ("Defendant" or "WPD"),

by and through its undersigned attorney, hereby submits the foregoing Reply in Support

of Its Motion for a Continuance of the Trial Date and in support thereof, avers as follows:

1.      From the case's inception, former Senior Assistant City Solicitor, Alex J.

Mili, Jr., was solely assigned to handling the WPD's defense of this lawsuit.  No other

attorney in the City of Wilmington Law Department has at any time assisted Mr. Mili in

his handling of this matter.

2.      Mr. Mili resigned his position with the City, effective February 1, 2008.

The undersigned counsel, Gary W. Lipkin, has substituted for Mr. Mili and has been

assigned the defense of the WPD in this action.

3.      As mentioned in Defendant's Motion for a Continuance, the undersigned

counsel has been informed that there is a reasonable likelihood that his first child will be

born during the week that trial is currently scheduled.  Inasmuch as the undersigned

counsel intends on being with his wife at the time of the birth, and intends on taking

paternity leave thereafter, a continuance would be necessary for the undersigned counsel to remain in this case.

4.       Although Plaintiff states in his Response to the Motion for a Continuance that there are other members of the City of Wilmington Law Department that would be available to handle the trial in my absence, the reality is that very few of these attorneys are litigators.  Only two other attorneys employed in the Law Department are litigators, both of which have schedules not remotely favorable to being able to adequately prepare for and participate in the trial of this case one month from now.

5.       One of the two other litigators working at the City has a trial currently scheduled to begin before Judge Thynge just two weeks after trial in this case is scheduled to end.   The only other litigator has to prepare responsive briefing on dispositive motion practice in a case pending before the Court of Chancery at the exact same time that trial is scheduled in this matter, in addition to having numerous other responsibilities over the next month involving arbitration and briefing in other cases.

6.       Under these conditions, having to prepare for and participate in a week-long trial in which numerous witnesses are involved and where the plaintiff is seeking a substantial sum of damages, would cause the WPD to suffer serious prejudice were the trial to be kept on its current schedule.

7.     To the contrary, however, Plaintiff has not claimed (and cannot claim) that he would be prejudiced in any respect if the trial were to be continued. Should the Court grant the Motion for Continuance, the WPD would work diligently to accommodate the Court and opposing counsel in establishing a new trial date.

WHEREFORE the WPD respectfully requests that the trial be continued until a date agreeable to the Court and counsel.

DATED:     February 14, 2008          **CITY OF WILMINGTON**

/s/ Gary W. Lipkin
Gary W. Lipkin (Bar I.D. No. 4044)
Assistant City Solicitor
City/County Building
800 N. French Street
Wilmington, DE 19801
302.576.2187

Attorney for Defendant City of
Wilmington Department of Police

## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, hereby certify that on February 14, 2008, I served the foregoing document on the following counsel of record via e-filing:

Jeffrey K. Martin, Esq.
Martin & Wilson
1508 Pennsylvania Ave.
Wilmington, DE 19806

/s/ Gary W. Lipkin (I.D. No. 4044)