IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-552-JJF |
| CITY OF WILMINGTON, DEPARTMENT OF POLICE, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, Defendant has requested a continuance of the trial date due to a substitution of counsel (D.I. 40);

WHEREAS, Plaintiff opposes the continuance (D.I. 41);

WHEREAS, this case was filed on September 6, 2006 and has been set for trial since December 7, 2007;

WHEREAS, in these circumstances the Court finds a continuance is not warranted;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For A Continuance Of The Trial Date (D.I. 40) is **DENIED**.

February 11, 2008
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE