**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

WILLIAM P. BABBY, III,

v.                                                       C.A. No. 06-552 JJF

CITY OF WILMINGTON                                       JURY TRIAL DEMANDED
DEPARTMENT OF POLICE,

Defendant.

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

**PLEASE TAKE NOTICE** that Kathleen M. Jennings & Chandra J. Rudloff hereby

enter their appearance as additional counsel for Defendant in the above-captioned matter.

**OBERLY, JENNINGS & RHODUNDA, P.A.**

/s/ Kathleen M. Jennings

Kathleen M. Jennings (No. 913)
Chandra J. Rudloff (No. 4907)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000

Dated: February 22, 2008