**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM P. BABBY, III, | |
| v. | C.A. NO. 06-552 JJF |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | JURY TRIAL DEMANDED |
| Defendant. | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on February 29, 2008, a copy of Defendant's Corrected Supplemental Answer to Plaintiff's First Request for Admissions Directed to Defendant was served upon the following counsel of record in the matter indicated below:

**Via Email and First Class U.S. Mail**
Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Ave.
Wilmington, DE 19806
(302) 777-4681
*jmartin@martinandwilson.com*

Dated: February 29, 2008     **OBERLY, JENNINGS & RHODUNDA, P.A.**

   /s/ Kathleen M. Jennings
Kathleen M. Jennings (No. 913)
Chandra J. Rudloff (No. 4907)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000

- and -

Gary W. Lipkin, Esquire
Assistant City Solicitor
Louis L. Redding City / County Building
800 N. French St., 9th Floor
Wilmington, DE 19801
Telephone (302) 576-2175
*Attorneys for Defendant, City of Wilmington Department of Police*