## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | |
| v. | C.A. NO. 06-552 JJF |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | JURY TRIAL DEMANDED |
| Defendant. | |

### NOTICE OF DEPOSITION

TO:  Jeffrey K. Martin, Esquire          Michael Maggitti
     Martin & Wilson                      c/o Downtown Visions
     1509 Gilpin Avenue                   409 North Orange Street
     Wilmington, DE 19806                 Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorneys will take a videotaped trial deposition of Michael Maggitti, on Monday, March 10, 2008 at 10:00 a.m. The deposition will take place at Oberly, Jennings & Rhodunda, P.A.; 1220 Market Street, Suite 710; Wilmington, DE 19801.

Dated: February 29, 2008          **OBERLY, JENNINGS & RHODUNDA, P.A.**

                                   /s/ Kathleen M. Jennings
                                  Kathleen M. Jennings (No. 913)
                                  Chandra J. Rudloff (No. 4907)
                                  1220 Market Street, Suite 710
                                  P.O. Box 2054
                                  Wilmington, DE 19899
                                  (302) 576-2000

                                  - and -

                                  Gary W. Lipkin, Esquire
                                  Assistant City Solicitor
                                  Louis L. Redding City / County Building
                                  800 N. French St., 9th Floor
                                  Wilmington, DE 19801
                                  Telephone (302) 576-2175
                                  *Attorneys for Defendant, City of Wilmington Department of Police*

## **CERTIFICATE OF SERVICE**

      I, Kathleen M. Jennings, Esquire, hereby certify that a copy of the foregoing Notice of Deposition was served by first class U.S. mail on this 29th day of February, 2008 on the following non-registered CM/ECF participant:

Michael Maggitti
c/o Downtown Visions
409 North Orange Street
Wilmington, DE 19801

      /s/ Kathleen M. Jennings
      KATHLEEN M. JENNINGS (No. 913)