# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | |
| v. | C.A. NO. 06-552 JJF |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | JURY TRIAL DEMANDED |
| Defendant. | |

## RE-NOTICE OF DEPOSITION

TO:  Jeffrey K. Martin, Esquire          Michael Maggitti
     Martin & Wilson                     c/o Downtown Visions
     1509 Gilpin Avenue                  409 North Orange Street
     Wilmington, DE 19806                Wilmington, DE 19801

PLEASE TAKE NOTICE that the videotaped trial deposition of Michael Maggitti that is currently scheduled for Monday, March 10, 2008 at 10:00 a.m. is hereby re-noticed for Monday, March 10, 2008 at 3:30 p.m. The deposition will take place at Oberly, Jennings & Rhodunda, P.A.; 1220 Market Street, Suite 710; Wilmington, DE 19801.

Dated: March 7, 2008          **OBERLY, JENNINGS & RHODUNDA, P.A.**

    /s/ Kathleen M. Jennings
Kathleen M. Jennings (No. 913)
Chandra J. Rudloff (No. 4907)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000

- and -

Gary W. Lipkin, Esquire
Assistant City Solicitor
Louis L. Redding City / County Building
800 N. French St., 9th Floor
Wilmington, DE 19801
Telephone (302) 576-2175
*Attorneys for Defendant, City of Wilmington Department of Police*

## **CERTIFICATE OF SERVICE**

      I, Kathleen M. Jennings, Esquire, hereby certify that a copy of the foregoing Notice of Deposition was served by first class U.S. mail on this 7th day of March, 2008 on the following non-registered CM/ECF participant:

Michael Maggitti
c/o Downtown Visions
409 North Orange Street
Wilmington, DE 19801

        /s/ Kathleen M. Jennings
      KATHLEEN M. JENNINGS (No. 913)