**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

WILLIAM P. BABBY, III,

v.                                                    C.A. NO. 06-552 JJF

CITY OF WILMINGTON
DEPARTMENT OF POLICE,                    JURY TRIAL DEMANDED

Defendant.

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 7, 2008, a copy of Defendant's Corrected Answer to Plaintiff's First Set of Interrogatories Directed to Defendant, Defendant's Second Corrected Supplemental Answer to Plaintiff's First Request for Admissions Directed to Defendant and Defendant's Corrected Response to Plaintiff's First Request for Production of Documents Directed to Defendant were served upon the following counsel of record in the matter indicated below:

**Via Email and First Class U.S. Mail**
Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Ave.
Wilmington, DE 19806
(302) 777-4681
*jmartin@martinandwilson.com*

Dated: March 7, 2008        **OBERLY, JENNINGS & RHODUNDA, P.A.**

　　/s/ Kathleen M. Jennings
Kathleen M. Jennings (No. 913)
Chandra J. Rudloff (No. 4907)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000

- and -

Gary W. Lipkin, Esquire
Assistant City Solicitor
Louis L. Redding City / County Building
800 N. French St., 9th Floor
Wilmington, DE 19801
Telephone (302) 576-2175
*Attorneys for Defendant, City of Wilmington Department of Police*