IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM B BABBY, III, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-552-JJF |
| CITY OF WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

**TRIAL MANAGEMENT ORDER**

Trial in this matter is scheduled to commence on **Monday, March 24, 2007 at 9:30 a.m.** The Court has reviewed the Proposed Pretrial Order, specifically the witness and exhibit list submitted by each side. Based on this review, the Court has determined that the following schedule and procedures will allow for an efficient and fair presentation of each party's case.

    A.    **Trial Schedule**. Unless otherwise ordered by the Court, the trial schedule for each day will be from 9:30 a.m. to 4:30 p.m., with a lunch break at 12:30 p.m.

    B.    **Time**. The Court will keep a running total of trial time used by counsel.

        (a) Plaintiff is allocated ten and a half (10.5) hours.

        (b) Defendant is allocated ten and a half (10.5) hours.

        (c) Opening statements and closing arguments are not included in the time allocations.

C.  **Opening Statement**.  No argument is permitted in the Opening Statement.  Counsel may object if opposing Counsel provides argument during the Opening Statement.

D.  **Witnesses**.  In accordance with Fed. R. Civ. P. 611 (a) the examination of witnesses will be conducted as follows:

   (a)  Counsel shall not offer testimony or exhibits that are duplicative or cumulative.

   (b)  Each witness is subject to direct, cross, and re-direct examination.  No further examination is permitted.

   (c)  Rebuttal witnesses will be permitted only if:

      (i)  called by a party with the burden of proof and noticed in the Pre-trial Order.

      (ii) such a witness is necessary to avoid an injustice and cause is established.

   (d)  One lawyer per party is permitted to examine a witness.

E.  **Demonstrative Exhibits**.  Unless otherwise agreed by the parties, demonstrative exhibits are marked for identification but not admitted into evidence.

F.  **Jury Notes**.  Unless otherwise indicated, the Court will provide the jury with paper and pens for notetaking.

G.  **Jury Instructions**.  Parties shall submit Final Proposed Jury Instructions on disk in WordPerfect Format by no

later than **9:00 a.m. on Monday, March 24, 2007**.

H.  **Courtroom Demeanor**

    (a)  Counsel may use the podium at his or her discretion.

    (b)  Counsel shall not request "read backs" by the Court Reporter; however, if a read back is believed necessary, Counsel shall address the request to the Court.

    (c)  Counsel shall stand when addressing the Court or Jury.

    (d)  When the Court recesses, Counsel and the parties shall remain in place until the Court and Jury have exited the Courtroom.

    (e)  Food and beverages (including bottled water) are not permitted in the Courtroom at any time.

_March 11, 2008_
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE

3