## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | : | |
| | : | |
| v. | : | C.A. NO. 06-552 JJF |
| | : | |
| CITY OF WILMINGTON | : | |
| DEPARTMENT OF POLICE, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITION

TO:   Jeffrey K. Martin, Esquire          Captain Bobby Cummings
      Martin & Wilson                     c/o Wilmington Police Department
      1509 Gilpin Avenue                  300 N. Walnut Street
      Wilmington, DE 19806                Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorneys will take a videotaped trial deposition of Captain Bobby Cummings, on Wednesday, March 19, 2008 at 2:00 p.m. The deposition will take place at Oberly, Jennings & Rhodunda, P.A.; 1220 Market Street, Suite 710; Wilmington, DE 19801.

Dated: March 13, 2008          **OBERLY, JENNINGS & RHODUNDA, P.A.**

  /s/ Kathleen M. Jennings
Kathleen M. Jennings (No. 913)
Chandra J. Rudloff (No. 4907)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000

- and -

Gary W. Lipkin, Esquire
Assistant City Solicitor
Louis L. Redding City / County Building
800 N. French St., 9th Floor
Wilmington, DE 19801
Telephone (302) 576-2175
*Attorneys for Defendant, City of Wilmington Department of Police*

**CERTIFICATE OF SERVICE**

      I, Kathleen M. Jennings, Esquire, hereby certify that a copy of the foregoing Notice of Deposition was served by first class U.S. mail on this 13th day of March, 2008 on the following non-registered CM/ECF participant:

Captain Bobby Cummings
c/o Wilmington Police Department
300 N. Walnut Street
Wilmington, DE 19801

    /s/ Kathleen M. Jennings
    KATHLEEN M. JENNINGS (No. 913)