**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM P. BABBY, III, | |
| v. | C.A. NO. 06-552 JJF |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | JURY TRIAL DEMANDED |
| Defendant. | |

**NOTICE OF DEPOSITION**

TO:  Jeffrey K. Martin, Esquire            Captain James Jubb
     Martin & Wilson                       c/o Wilmington Police Department
     1509 Gilpin Avenue                    300 N. Walnut Street
     Wilmington, DE 19806                  Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorneys will take a videotaped trial deposition of Captain James Jubb, on Wednesday, March 19, 2008 at 1:00 p.m. The deposition will take place at Oberly, Jennings & Rhodunda, P.A.; 1220 Market Street, Suite 710; Wilmington, DE 19801.

Dated: March 14, 2008          **OBERLY, JENNINGS & RHODUNDA, P.A.**

                               /s/ Kathleen M. Jennings
                               Kathleen M. Jennings (No. 913)
                               Chandra J. Rudloff (No. 4907)
                               1220 Market Street, Suite 710
                               P.O. Box 2054
                               Wilmington, DE 19899
                               (302) 576-2000

                               - and -

                               Gary W. Lipkin, Esquire
                               Assistant City Solicitor
                               Louis L. Redding City / County Building
                               800 N. French St., 9th Floor
                               Wilmington, DE 19801
                               Telephone (302) 576-2175
                               *Attorneys for Defendant, City of Wilmington Department of Police*

**CERTIFICATE OF SERVICE**

      I, Kathleen M. Jennings, Esquire, hereby certify that a copy of the foregoing Notice of Deposition was served by first class U.S. mail on this 14th day of March, 2008 on the following non-registered CM/ECF participant:

Captain James Jubb
c/o Wilmington Police Department
300 N. Walnut Street
Wilmington, DE 19801

                                            /s/ Kathleen M. Jennings
                                            KATHLEEN M. JENNINGS (No. 913)