IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III | : | |
| | : | C.A. NO.: 06-552 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | : | |
| | : | |
| Defendant. | : | |

**JOINT PROPOSED VOIR DIRE**

Good morning, ladies and gentlemen. I am Judge Farnan, and I will be presiding over the trial for which a jury is about to be drawn in the case. The parties are the Plaintiff, Cpl. William P. Babby, III, and his employer, Defendant, the City of Wilmington, Department of Police. Briefly stated, this is a case involving Plaintiff's allegations that he was retaliated against by the Wilmington Police Department after he filed a complaint against his supervisor as a result of the supervisor's allegedly racially derogatory language. Defendant denies that it retaliated against Plaintiff in any manner. The trial may last up to four days. I time my trials, so the attorneys will have to complete their trial presentations within these limits. While it appears unlikely, at this point, jury deliberations may require you to be present longer than that number of days.

I am going to ask you a series of "yes" or "no" questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment in helping to determine the final composition of the jury. If any of you have a "yes" answer to any of my questions, please keep track of that in your own mind. When I have concluded asking questions I will ask all those who had a "yes" answer to any of my questions to raise their hands. Then we

will call you to the bench individually to speak with you about your affirmative response or responses.

1. As I mentioned, this case is expected to take four to five business days to try. Is there any member of the panel who would be unable to sit as a juror in the case for that period of time?

Yes_____    No_____

2. Have you heard or read or otherwise know anything about this case?

Yes_____    No_____

3. Plaintiff William P. Babby, III is represented by Jeffrey K. Martin, Esquire of the Law Offices of Martin & Wilson, P.A. Do you know, or are you a client of this attorney or their law firm?

Yes_____    No_____

4. Defendant, City of Wilmington, Department of Police, is represented by Kathleen M. Jennings, Esquire and Chandra J. Rudloff, Esquire of the law firm of Oberly, Jennings & Rhodunda, P.A. Do you know or are you a client of these attorneys or their law firm?

Yes_____    No_____

5. Is any member of the panel related to or personally acquainted with Plaintiff Corporal William P. Babby, III, who uses "Pat" as his first name?

Yes_____    No_____

6.	Are you or any of your family members a present or former employee of the City of Wilmington, the Wilmington Police Department, or any other law enforcement agency?

Yes_____          No_____

7.	Do you know any of the witnesses who may appear in this trial? They are as follows:

James M. Mosley, Director of Public Safety, City of Wilmington

Chief Michael Szczerba, Wilmington Chief of Police

Inspector Martin Donahue, Wilmington Police Department

Captain Bobby Cummings, Wilmington Police Department

Michael Maggitti, former Captain, Wilmington Police Department

Captain Marlyn Dietz, Wilmington Police Department

Captain Nancy Dietz, Wilmington Police Department

Captain James Jubb, Wilmington Police Department

Captain Victor Ayala, Wilmington Police Department

Captain Jerry Custis, Wilmington Police Department

Mitchell Rock, former Lieutenant, Wilmington Police Department

Lieutenant William Wells, Wilmington Police Department

Lieutenant Carolyn Henry, Wilmington Police Department

Sergeant Michael Morrissey, Wilmington Police Department

Sergeant Tashawn Counts, Wilmington Police Department

Sergeant Ron Fioravanti, Wilmington Police Department

Sergeant Thomas Kane, Wilmington Police Department

Sergeant Corey Staats, Wilmington Police Department

Corporal Alfred Izquierdo, Wilmington Police Department

Corporal William (Pat) Babby, Wilmington Police Department

Karen Babby, wife of Plaintiff

                        Yes_____            No_____

8. Do you have knowledge of, familiarity with, or specialized training in employment practices?

                        Yes_____            No_____

9. Do you have any feelings or beliefs about workplace harassment or retaliation cases?

                        Yes_____            No_____

10. Do you have any strong feelings about lawsuits in general?

                        Yes_____            No_____

11. If so, would you be unable to render a fair and impartial verdict solely upon the evidence present in court and under the law as presented to you?

                        Yes_____            No_____

12. Have you or any of your close friends or relatives ever been a plaintiff or a defendant or any other party in a criminal or civil court proceeding?

Yes_____    No_____

13. Have you or any member of your family ever made a claim or had a claim made against you based on an alleged unlawful employment practice?

Yes_____    No_____

14. Have you or any member of your family ever experienced unlawful retaliation in the workplace?

Yes_____    No_____

15. Have you ever been arrested by a member of the Wilmington Police Department or any law enforcement officer?

Yes_____    No_____

16. Have you ever had a negative encounter with the Wilmington Police Department or any law enforcement officer?

Yes_____    No_____

17. Do you have a special disability or visual, hearing or other health problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

Yes_____    No_____

18.    Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

Yes_____    No_____