IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-552 JJF |
| v. | : |
| | : TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendants. | : |

## JURY VERDICT FORM

1.  Do you find that Plaintiff, William P. Babby, III, has proven by a preponderance of the evidence that he was retaliated against by being transferred to the Patrol Division and/or, after several requests, not being transferred out of the Patrol Division by the Defendant, Wilmington Department of Police, because of his participation in the complaint made against Sergeant William Wells?

    **ANSWER:**    Yes_____    No_____

    If you have answered YES, please go to Question 2. If you have answered NO, please advise the Marshall that you have reached a verdict.

2.  Do you find that Plaintiff, William P. Babby, III, has proven by a preponderance of the evidence damages for emotional pain, suffering, or mental anguish?

    **ANSWER:**    Yes_____    No_____

    If you have answered YES, please answer Question 3. If you have answered NO, please go to Question 4.

3.  If you answered YES to Question 2, what amount of damages do you award?

    **ANSWER:**    $_____

4. Do you find that Plaintiff, William P. Babby, III, has proven by a preponderance of the evidence that he has incurred a loss of overtime or extra duty job income?

**ANSWER:** Yes_____  No_____

If you answered YES, please proceed to Question 5. If you answered NO, please advise the Marshall that you have completed your deliberations.

5. If you answered YES to Question 4, what amount of overtime/extra job income do you award?

**ANSWER:** $_____

_____  _____
Jury Foreperson                                     Juror

_____  _____
Juror                                                       Juror

_____  _____
Juror                                                       Juror

_____  _____
Juror                                                       Juror

Dated: March _____, 2008.