IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM P. BABBY, III,          :
                                :
          Plaintiff,            :
                                :
     v.                         : Civil Action No. 06-552 JJF
                                :
CITY OF WILMINGTON              :
DEPARTMENT OF POLICE,           :
                                :
          Defendant.            :

### JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Honorable Joseph J. Farnan, Jr., District Judge, presiding, and the issues having been tried and the jury having rendered its verdict on March 28, 2008 and answered a Special Verdict Form (D.I. 61).

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Plaintiff, William P. Babby, III, and against Defendant City of Wilmington Department of Police. The Plaintiff shall recover from the Defendant the sum of one dollar, with interest as provided by law and costs of action.

Dated at Wilmington, Delaware, this 31st day of March, 2008.

                                    UNITED STATES DISTRICT JUDGE