IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF WILMINGTON )<br>DEPARTMENT OF POLICE, )<br>)<br>Defendants. ) | C.A. NO. 06-552 JJF<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION FOR A NEW TRIAL

Pursuant to Federal Rule of Civil Procedure 59(a)(1)(A), Plaintiff William P. Babby, IIII hereby moves this moves this Honorable Court for a new trial strictly limited to the issue of damages for the reasons set forth below:

1. A jury trial was held in this matter from March 24 through March 28, 2008.

2. At the conclusion of the trial, the jury found in favor of Plaintiff and judgment was entered for Plaintiff on March 31, 2008 in favor of William P. Babby, III and against the City of Wilmington, Department of Police in the amount of $1.00. (D.I. #64). Plaintiff respectfully submits that the Jury Verdict Form (D.I. #63), as completed by the jury at the conclusion of the trial, was incorrect as a matter of law.

3. In addition to finding in favor of Plaintiff Babby as to his Title VII retaliation claim, the jury also found that Plaintiff Babby proved "by a preponderance of the evidence damages for emotional pain, suffering or mental anguish."

4. The jury was instructed, in part, as follows:

> However, if you find actual injury, you must award compensatory damages (as I instructed you) rather than nominal damages.

Nominal damages were set forth earlier in the instruction as "damages of $1.00."

5.   The jury found that Plaintiff Babby did prove by a preponderance of the evidence damages for emotional pain, suffering or mental anguish. Hence, the jury found that Plaintiff Babby suffered actual damages.

6.   In response to the succeeding question as to the amount of damages found for Plaintiff's emotional pain and suffering or mental anguish, the jury awarded Plaintiff Babby the amount of $1.00.

7.   This monetary award is in direct conflict with Section 16 of the Court's Jury Instructions entitled "Nominal Damages", inasmuch as the jury awarded Plaintiff nominal damages even though it found actual damages.

8.   Section 16, "Nominal Damages", was taken directly from the U.S. Court of Appeals for the Third Circuit's Instructions for Employment Discrimination Claims Under Title VII.

9.   Defense counsel submitted as a proposed jury instruction the same jury instruction on nominal damages as was given to the jury in the instant matter. (D.I. #58 at p. 21).

10.   Hence, the award of nominal damages in the amount of $1.00 can not be reconciled with the jury's finding of actual injury to Plaintiff.

WHEREFORE, Plaintiff William P. Babby, III respectfully requests that the Court grant a new trial limited to damages while recognizing that the jury has already determined that

Plaintiff suffered emotional pain, suffering or mental anguish.

                              MARTIN & WILSON, P.A.

                              */s/ Jeffrey K. Martin*

                              JEFFREY K. MARTIN, ESQ. (# 2407)
                              TIMOTHY J. WILSON, ESQ. (#4323)
                              1508 Pennsylvania Avenue
                              Wilmington, DE  19806
                              (302) 777-4681
                              jmartin@martinandwilson.com
                              twilson@martinandwilson.com
                              *Attorneys for Plaintiff*

Dated:  April 11, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | ) |
| | ) |
| Plaintiff, | ) C.A. NO. 06-552 JJF |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| CITY OF WILMINGTON | ) |
| DEPARTMENT OF POLICE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:
Gary W. Lipkin, Esq.
Assistant City Solicitor
City of Wilmington
City/County Building
800 North French Street
Wilmington, DE 19801

Kathleen M. Jennings, Esq.
Chandra Joan Rudloff, Esq.
Oberly Jennings & Rhodunda, P.A.
1220 N. Market St., Ste. 710
P.O. Box 2054
Wilmington, DE 19899

PLEASE TAKE NOTICE, that the undersigned attorney will present Plaintiff's Motion for a New Trial before the Honorable Joseph J. Farnan, Jr. on May 9, 2008 at 2:00 p.m.

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN, ESQ. (# 2407)
TIMOTHY J. WILSON, ESQ. (#4323)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
twilson@martinandwilson.com
*Attorneys for Plaintiff*

DATED:   April 11, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-552 JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on April 11, 2008, I filed and served via electronic filing the foregoing Plaintiff's Motion for a New Trial to the following attorney of record:

Gary W. Lipkin, Esq.
Assistant City Solicitor
City of Wilmington
City/County Building
800 North French Street
Wilmington, DE 19801

Kathleen M. Jennings, Esq.
Chandra Joan Rudloff, Esq.
Oberly Jennings & Rhodunda, P.A.
1220 N. Market St., Ste. 710
P.O. Box 2054
Wilmington, DE 19899

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin
JEFFREY K. MARTIN, ESQ. (# 2407)
TIMOTHY J. WILSON, ESQ. (#4323)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
twilson@martinandwilson.com
*Attorneys for Plaintiff*

DATED:   April 11, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | ) |
| Plaintiff, | ) C.A. NO. 06-552 JJF |
| v. | ) JURY TRIAL DEMANDED |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | ) |
| Defendants. | ) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for a New Trial, and the Defendant's opposition thereto, it is, this ____ day of _____, 2008, hereby

ORDERED that Plaintiff's Motion is GRANTED.

_____
Joseph J. Farnan, Jr., J.