IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BABBY, III, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-552-JJF |
| CITY OF WILMINGTON, DEPARTMENT OF POLICE | : |
| Defendant | : |

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to furnish lunch for 8 jurors in the above entitled case for March 24, 2008, thru March 27, 2008.

April 11, 2008
DATE

_Joseph J. Farnan, Jr._
UNITED STATES DISTRICT JUDGE