IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM P. BABBY, III, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-552 JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CITY OF WILMINGTON DEPARTMENT OF POLICE, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion for Oral Argument dated _____, 2008, IT IS HEREBY ORDERED that:

Oral Argument in the above-captioned matter is hereby GRANTED pursuant to Local Rule 7.1.4, and will be heard before this Court on _____ at _____.

_____
The Honorable Joseph J. Farnan

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM P. BABBY, III, | : |
| | : |
| Plaintiff, | :    C.A. No.: 06-552 JJF |
| | : |
| v. | : |
| | :    **JURY TRIAL DEMANDED** |
| CITY OF WILMINGTON | : |
| DEPARTMENT OF POLICE, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that a copy of the foregoing Plaintiff's Motion for Oral Argument was sent via electronic mail on this 26th day of August, 2008 to the following:

Gary W. Lipkin, Esquire
gwlipkin@duanemorris.com

_____
JEFFREY K. MARTIN, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILLIAM P. BABBY, III,** : | |
| : | |
| **Plaintiff,** : | C.A. No.: 06-552 JJF |
| : | |
| v. : | |
| : | **JURY TRIAL DEMANDED** |
| **CITY OF WILMINGTON** : | |
| **DEPARTMENT OF POLICE,** : | |
| : | |
| **Defendants.** : | |

## MOTION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff's counsel hereby moves the Court for Oral Argument in the above-captioned matter. Plaintiff's counsel has spoken to Defense counsel who does not agree with Plaintiff's request for oral argument. The basis for Plaintiff's request for Oral Argument is set forth as follows:

1. A jury trial was held in this matter wherein a jury found in favor of Plaintiff on March 28, 2008. (D.I. 61).

2. Judgment was entered in favor of William P. Babby, III against City of Wilmington, Department of Police in the amount of $1.00 on March 31, 2008. (D.I. 64).

3. On April 11, 2008, Plaintiff William P. Babby, III filed a Motion for New Trial. (D.I. 65).

4. On April 14, 2008, Defendant filed a Motion for Judgment as a Matter of Law Renewed. (D.I. 67).

5. On April 24, 2008, Defendant filed a Response to Plaintiff's Motion for New Trial. (D.I. 68).

6. On May 1, 2008, Plaintiff filed an Answering Brief in Opposition to Defendants' Motion for Judgment as a Matter of Law Renewed. (D.I. 69)

7. Replies were filed by each of the parties to the Answers. (D.I. 70, 71).

8. On May 5, 2008 an Oral Order was issued stating that the post-trial motions will not be heard during the May 9, 2008 motion day hearing. (D.I. 72).

9. Plaintiff's counsel believes that Plaintiff may be able to assist the Court with the disposition of these motions by way of oral argument and therefore makes a request for same.

WHEREFORE, Plaintiff respectfully requests that Oral Argument be granted in this matter.

**Respectfully submitted,**

**MARTIN & WILSON, P.A.**

**JEFFREY K. MARTIN, ESQUIRE (#2407)**
**TIMOTHY J. WILSON, ESQUIRE (#4323)**
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
twilson@martinandwilson.com
*Attorneys for Plaintiffs*

DATED: August 26, 2008